# Court of Appeals
# of the State of Georgia

ATLANTA, March 04, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1340. HJALMAR RODRIGUEZ, JR. v. GEORGIA DEPARTMENT OF CORRECTIONS.

Prisoner Hjalmar Rodriguez, Jr. filed a civil action against the Georgia Department of Corrections, alleging that prison officials denied him required medical attention, which resulted in the loss of an eye. On October 1, 2025, the trial court dismissed the action without prejudice. Rodriguez filed a notice of appeal on November 12, 2025.[1] We lack jurisdiction for two reasons.

First, Rodriguez's appeal is untimely. A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Ebeling v. State*, 355 Ga. App. 469, 469 (844 SE2d 518) (2020). Because Rodriguez's notice of appeal was filed 42 days after entry of the trial court's order, it is untimely.

Second, under the Prison Litigation Reform Act, an appeal in a civil action filed by a prisoner must come by application for discretionary review. See OCGA § 42-12-8; see also OCGA § 5-6-35; *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997). "Compliance with the discretionary appeals procedure is jurisdictional."

---

[1] According to Rodriguez's certificate of service, he placed his notice of appeal in prison mail on October 29, 2025, but it was not entered by the trial court clerk until November 12, 2025. Although Rodriguez would be given the benefit of a "mailbox rule" for a habeas matter, the rule does not apply to this non-habeas matter. See *Jackson v. State*, 313 Ga. App. 483, 484 (722 SE2d 80) (2011).

*Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Accordingly, Rodriguez's failure to comply with the discretionary review procedure deprives us of jurisdiction over this direct appeal. See *Jones*, 267 Ga. at 490-91.

For these reasons, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  03/04/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.